# Exhibit A

James M. Njus*
Neil M. Meyer*
Marshall H. Tanick*
Steven A. Leuder*◊
Stephen M. Harris*
Diane T. Nassart◊~
Jasmine L. Hill*

*Admitted in Minnesota
◊Admitted in Michigan
‡Admitted in Illinois
+Admitted in Wisconsin
^Admitted in Indiana
~Admitted in Iowa

**MEYER NJUS TANICK, PA**
ATTORNEYS AT LAW
330 2ND AVENUE SOUTH
SUITE 350
MINNEAPOLIS, MINNESOTA
55401
(866) 520-4437
Fax (612) 659-3213
http://meyernjus.com/collections/

Kara E. Harren
Matthew J. Federle
Rodger Eisentrout
David M. Reinholz
Elsa K. Civelli
Teresa J. Ayling*+
+Kathryn W. Wall ^

Of counsel located in:
Chicago, Illinois
Eagleville, Michigan
Menomonee, Wisconsin

December 26, 2018

Maria Angulo
15725 Finch Ave
Harvey, IL 60426-5109

Re: Creditor: Synchrony Bank
    Old Navy Visa® Card Account #*************9296
    Amount of Debt: $1,912.28

Dear Maria Angulo:

This law firm has been retained to collect the above-referenced debt. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this firm within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this firm will assume the debt to be valid. If you notify this firm in writing within 30 days after receiving this notice that you dispute the debt, or any portion thereof, this firm will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. Additionally, upon your written request within 30 days after receiving this notice, this firm will provide you with the name and address of the original creditor, if different from the current creditor.

If you would like to make a payment on this debt, please call our firm at 1-866-520-4437 to make your payment over the telephone, or mail your payment to our address listed above. If you are mailing a payment to our office, please put file number ▇▇▇▇▇ on your check.

Very truly yours,

MEYER NJUS TANICK, PA

Elila K. Civelli
m.bm.b
File No. ▇▇▇▇▇

